US BANKRUPTCY COURT
SO DISTRICT OF FLA
APR 20 2007
FILED RECEIVED

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:

FAR & WIDE CORPORATION, et al.

Debtor.
_______________________________/

CASE NOS. 03-40415-BKC-RAM through 03-40420-BKC-RAM (Jointly Administered)

Chapter 11

LOAN CAPITAL FUNDING, LLC, a Delaware limited liability company, WELLSPRING CAPITAL MANAGEMENT LLC, a Delaware limited liability company, PHILIP BAKES, GREG FELDMAN, JASON FORTIN, DAVID MARIANO, ANDREW McKEY, CARL STANTON,and CRAIG TOLL,

Plaintiffs,

Adversary No. 07-1132-BKC-RAM

vs.

THE FAR & WIDE TRAVEL CORPORATION, INC. D&O TRUST, and BARRY E. MUKAMAL, in his capacity as trustee for the Far & Wide Travel Corporation, Inc. D&O Trust,

Defendants.
_______________________________/

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiffs Loan Capital Funding, LLC, Wellspring Capital Management LLC, Philip Bakes, Greg Feldman, Jason Fortin, David Mariano, Andrew McKey, Carl Stanton and Craig Toll hereby give this Court notice of voluntary dismissal without prejudice in the above-captioned adversary proceeding.

Dated: April 20, 2007

Respectfully submitted,

Steven W. Davis (Florida Bar No. 347442)
BOIES, SCHILLER & FLEXNER LLP
100 Southeast Second Street, Suite 2800
Miami, FL 33131
Telephone: 305-539-8400
Facsimile: 305-539-1307
sdavis@bsfllp.com

*Attorneys for Plaintiffs Loan Capital Funding, LLC, Wellspring Capital Management LLC, Philip Bakes, Greg Feldman, Jason Fortin, David Mariano, Andrew McKey, Carl Stanton and Craig Toll*

Of counsel:

Nicholas A. Gravante, Jr.
Christopher E. Duffy
BOIES, SCHILLER & FLEXNER LLP
575 Lexington Avenue
New York, New York 10022
(212) 446-2300

Adam C. Harris
SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, New York 10022
(212) 756-2000

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 20th day of April, 2007, I caused a true and correct copy of the foregoing NOTICE OF VOLUNTARY DISMISSAL to be served via U.S. Mail and facsimile to:

Alexander Rundlet
PODHURST ORSECK, P.A.
City National Bank Building
25 W. Flagler St., Suite 800
Miami, FL 33130

Tracy L Prince

Tracy Prince